1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908), mho@jmbm.com
2  MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone:   (415) 398-8080
4  Facsimile:   (415) 398-5584

5  Attorneys for Plaintiff BERWICK-KRAUSZ

6                    UNITED STATES DISTRICT COURT

7                    DISTRICT OF CALIFORNIA  (SAN JOSE)

| BERWICK-KRAUSZ, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>TRU 2005 RE I, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.   C07-04571 JF PVT<br><br>CERTIFICATE OF INTERESTED PARTIES [Civil L.R. 3-16]<br><br><br><br><br>Complaint filed: September 4, 2007 |
|---|---|

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA:

Pursuant to Civil L.R. 3-16, the undersigned, certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 6, 2007         JEFFER, MANGELS, BUTLER & MARMARO LLP
                                 MARTIN H. ORLICK
                                 MATTHEW S. KENEFICK


                                  /s/ Martin H. Orlick
                                 MARTIN H. ORLICK
                                 Attorneys for Plaintiff BERWICK-KRAUSZ, a
                                 California general partnership