| Attorney or Party without Attorney:<br>JEFFER, MANGELS, BUTLER & MARMARO, LLP<br>Two Embarcadero Center<br>5th Floor<br>San Francisco, CA 94111<br>Telephone No: 415 398-8080    FAX No: 415 398-5584 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>63343-0003 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

| Plaintiff: BERWICK-KRAUSZ |
|---|
| Defendant: TRU 2005 RE I, LLC |

| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 04571 JF PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY RELIEF; CIVIL COVER SHEET; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION GUIDELINES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served:           TRU 2005 RE I, LLC, a Delaware limited liability company
   b. Person served:          RHONDA TUCK, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:    CSC-LAWYERS INCORPORATING SERVICE
                                          2730 Gateway Oaks Drive
                                          Suite 100
                                          Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Sep. 11, 2007 (2) at: 2:55PM

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                                         d. **The Fee** for Service was:    $33.00
   b. **ALL PRO ATTORNEY SERVICES**                       e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                               (i)   Owner
      SUITE 125                                              (ii)  Registration No.:        87-010
      Sacramento, CA 95825                                   (iii) County:                  Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Sep. 12, 2007

                                                         *(signed)* (Jim Wardlow)

Judicial Council Form                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS                                 jeffer.39011