1  Richard C. Greenberg (#37951), rgreenberg@gfwlaw.com
   Samantha F. Lamberg (#155527), slamberg@gfwlaw.com
2  Greenberg, Fields & Whitcombe, LLP
   21515 Hawthorne Boulevard, Suite 450
3  Torrance, California 90503-6531
   Telephone No.: (310) 540-2000
4  Facsimile No.: (310) 540-6609

5  Attorneys for Defendant TRU 2005 RE I, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

| | |
|---|---|
| BERWICK-KRAUSZ, a California general partnership, | Case No. C-07-04571 JF PVT |
| Plaintiff, | Case Assigned to the Hon. Jeremy Fogel, District Court Judge, Courtroom 3, 5th Floor |
| v. | |
| TRU 2005 RE I, LLC, a Delaware limited liability company, | **NOTICE OF APPEARANCE** |
| Defendant. | |
| | Action filed: September 4, 2007 |

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that attorney Richard C. Greenberg of
23  Greenberg, Fields & Whitcombe, LLP, hereby appears on behalf of
24  defendant TRU 2005 RE I, LLC.

-1-
_____
NOTICE OF APPEARANCE - C-07-04571 JF PVT

| | | |
|---|---|---|
| 1 | DATED: September 27, 2007 | GREENBERG, FIELDS & WHITCOMBE, LLP |

By:_s/Richard C. Greenberg_____
   Richard C. Greenberg
Attorneys for Defendant TRU 2005 RE I, LLC, a Delaware limited liability company