Richard C. Greenberg (#37951), rgreenberg@gfwlaw.com
Samantha F. Lamberg (#155527), slamberg@gfwlaw.com
Greenberg, Fields & Whitcombe, LLP
21515 Hawthorne Boulevard, Suite 450
Torrance, California 90503-6531
Telephone No.: (310) 540-2000
Facsimile No.: (310) 540-6609

Attorneys for Defendant TRU 2005 RE I, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BERWICK-KRAUSZ, a California general partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>TRU 2005 RE I, LLC, a Delaware limited liability company,<br><br>  Defendant. | Case No. C-07-04571 JF PVT<br><br>[Case Assigned to the Hon. Jeremy Fogel, District Court Judge, Courtroom 3, 5th Floor]<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16]<br><br>Action filed:  September 4, 2007 |

Defendant TRU 2005 RE I, LLC, respectfully submits the following Certification of Interested Entities or Persons:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

-1-

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES - C-07-04571 JF PVT

financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. TRU 2005 RE Holding Co. I, LLC, a Delaware limited liability company;

2. Wayne Real Estate Holding Company, LLC, a Delaware limited liability company;

3. Toys "R" Us, Inc., a Delaware corporation; and

4. Toys "R" Us Holdings, Inc., a Delaware corporation.

DATED: September 27, 2007     GREENBERG, FIELDS & WHITCOMBE, LLP

By: _s/Richard C. Greenberg_____ _____
    Richard C. Greenberg
Attorneys for Defendant TRU 2005 RE I, LLC, a Delaware limited liability company

-2-