1  Richard C. Greenberg (#37951), rgreenberg@gfwlaw.com
   Samantha F. Lamberg (#155527), slamberg@gfwlaw.com
2  Greenberg, Fields & Whitcombe, LLP
   21515 Hawthorne Boulevard, Suite 450
3  Torrance, California 90503-6531
   Telephone No.: (310) 540-2000
4  Facsimile No.: (310) 540-6609

5  Attorneys for Defendant TRU 2005 RE I, LLC

8                UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BERWICK-KRAUSZ, a California general partnership, | Case No. C-07-04571 JF PVT |
| Plaintiff, | Case Assigned to the Hon. Jeremy Fogel, District Court Judge, Courtroom 3, 5th Floor |
| v. | |
| TRU 2005 RE I, LLC, a Delaware limited liability company, | **NOTICE OF APPEARANCE** |
| Defendant. | |
| | Action filed: September 4, 2007 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that attorney Samantha F. Lamberg of Greenberg, Fields & Whitcombe, LLP, hereby appears on behalf of defendant TRU 2005 RE I, LLC.

-1-
_____
                               NOTICE OF APPEARANCE - C-07-04571 JF PVT

```
DATED: September 28, 2007        GREENBERG, FIELDS & WHITCOMBE, LLP


                                 By: s/Samantha F. Lamberg
                                    Samantha F. Lamberg
                                 Attorneys for Defendant TRU 2005 RE I,
                                 LLC, a Delaware limited liability
                                 company
```