# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

BE̶V̶I̶K̶S̶Z, a California general partnership,

                    Plaintiff,

    V.

TRU 2005 RE I, LLC, a Delaware limited liability company,

                    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 04571 JF

TO: (Name and address of defendant)
TRU 2005 RE I, LLC, a Delaware limited liability company,
One Geoffrey Way,
Wayne, New Jersey 07470

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin H. Orlick, Esq.

Jeffer, Mangels, Butler & Marmaro LLP

Two Embarcadero Center, 5th Floor

San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE Sept 4·07

(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

620811v1