UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Berwick-Krausz, a California general partnership,

    Plaintiff(s),

v.

TRU 2005 RE I, LLC, a Delaware limited liability company,

    Defendant(s).

CASE NO. C-07-04571 JF PVT

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR *(please identify process and provider)*  Non-binding mediation before JAMS OR ADR Services.

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  other requested deadline July 31, 2008 (The parties have met and conferred concerning ADR, and agree that private mediation will be most effective after the parties have completed substantial discovery, including depositions.)

Dated: 11/26/07      s/Matthew S. Kenefick
            Attorney for Plaintiff

Dated: 11/26/07      s/Samantha F. Lamberg
            Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____                             _____

                                                             UNITED STATES MAGISTRATE JUDGE