UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BERWICK-KRAUSZ, a California
general partnership,
        Plaintiff(s),

v.

TRU 2005 RE I, LLC, a Delaware
limited liability company,
        Defendant(s).

Case No. C 07- 04571 JF PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/26/2007

[Party] F. Ron Krausz
Berwick-Krausz

Dated: 11/26/2007

s/MATTHEW S. KENEFICK
[Counsel]
Attorneys for BERWICK-KRAUSZ

ADR CERTIFICATE BY PLAINTIFF
BERWICK-KRAUSZ
C-07-04571 JF PVT