UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, December 14, 2007
**Case Number:** CV-07-4571-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | BERWICK-KRAUSZ  V.  TRU 2005 RE I |
|---|---|
| PLAINTIFF | DEFENDANT |
| Attorneys Present: Martin Orlick, Matthew Kenefick | Attorneys Present:  Richard Greenberg |

PROCEEDINGS:
    Case Management Conference held.  Parties are present.  Continued to 7/25/08 at 1:30 p.m.  for further case management conference.