JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908) mho@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298) msk@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Plaintiff BERWICK-KRAUSZ, a
California general partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BERWICK-KRAUSZ, a California general partnership,<br><br>            Plaintiff,<br><br>    v.<br><br>TRU 2005 RE I, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO.    C07-04571 JF PVT<br><br>**NOTICE OF UNAVAILABILITY OF PLAINTIFF'S COUNSEL** |

TO DEFENDANT AND ITS COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that, on the following dates, Martin H. Orlick, Esq. of Jeffer, Mangels, Butler & Marmaro LLP will be unavailable for any purpose whatsoever, including but not limited to receiving notices of any kind, responding to ex parte applications, appearing in court, or attending depositions:

**May 15, 2008 through and including May 26, 2008**

PRINTED ON
RECYCLED PAPER

EAP SF  686807v1  68819-0001  3/25/08

NOTICE OF UNAVAILABILITY

| | | |
|---|---|---|
| 1 | DATED: March 25, 2008 | JEFFER, MANGELS, BUTLER & MARMARO LLP |

By: /s/ Martin H. Orlick
MARTIN H. ORLICK
Attorneys for Plaintiff BERWICK-KRAUSZ

PRINTED ON RECYCLED PAPER

EAP SF 686807v1 68819-0001 3/25/08

- 2 -    NOTICE OF UNAVAILABILITY

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On March 27, 2008 I served the document(s) described as NOTICE OF UNAVAILABILITY in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Richard C. Greenberg, Esq.
Samantha F. Lamberg, Esq.
Greenberg, Fields & Whitcombe, LLP
21515 Hawthorne Blvd., Suite 450
Torrance, CA 90503-6531

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ BY ELECTRONIC SERVICE TRANSMISSION via U.S. District Court, Northern Division, Case Management/Electronic Case Files, Filing System. I served a copy of the above-listed document(s) to the e-mail addresses of the addressee(s) by use as identified and maintained therein.

☐ (BY FAX) At          , I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on March 27, 2008 at San Francisco, California.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Angela Pereira

EAP SF 686807v1 68819-0001 3/25/08

- 3 -    NOTICE OF UNAVAILABILITY