UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA  (SAN JOSE)

| | |
|---|---|
| BERWICK-KRAUSZ, a California general partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRU 2005 RE I, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | CASE NO.　　C07-04571 JF PVT<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE FOR APPROXIMATELY 120 DAYS; [PROPOSED] ORDER**<br><br>[EXISTING CMC DATE:  JULY 25, 2008]<br><br>Complaint filed: September 4, 2007 |

TO THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA:

　　This stipulation is based on the foregoing facts:

　　1.　　This matter concerns interpretation of a lease negotiated and executed over 35 years ago.  The parties to this lawsuit include TRU 2005 RE I, LLC, an operating subsidiary of Toys "R" Us-Delaware, Inc., with corporate offices in New Jersey, and Berwick-Krausz, a California general partnership.

　　2.　　Because many of the witnesses to the 1972 lease are no longer available or difficult to find, discovery has been more time consuming than it might have been otherwise.

　　3.　　There has now been sufficient discovery for the parties to conduct private mediation. The parties would like to complete that mediation before taking depositions, so that the parties might explore settlement options before incurring the substantial costs associated with conducting depositions, a number of which will be taken on the East Coast.

753557v1

STIPULATION TO CONTINUE CMC

1    4. The parties are in the process of agreeing on a private mediator, and, depending on the availability of that mediator, hope to complete the mediation sometime in mid to late August.

5. Based on the foregoing, the parties respectfully request a continuance of the Case Management Conference currently scheduled for July 25, 2008, for approximately 120 days. The requested time will permit the parties to engage in private mediation, and if that mediation is unsuccessful, should also afford time to complete depositions of percipient witnesses.

6. No previous continuances have been sought or granted in this matter.

DATED: July 18, 2008    JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK
MATTHEW S. KENEFICK

    /s/ Martin H. Orlick
MARTIN H. ORLICK
Attorneys for Plaintiff BERWICK-KRAUSZ, a California general partnership

DATED: July 18, 2008    GREENBERG, FIELDS & WHITCOMBE, LLP
RICHARD C. GREENBERG
SAMANTHA F. LAMBERG

    /s/ Samantha F. Lamberg
SAMANTHA F. LAMBERG
Attorneys for Defendant TRU 2005 I, LLC

753557v1

- 2 -    STIPULATION TO CONTINUE CMC

1  IT IS SO ORDERED:

3  Good cause appearing it is ordered that the Case Management Conference currently set for
4  July 25, 2008 shall be continued until _____, 2008, and that the parties shall have until
5  _____ to complete their private mediation.

8  DATED: _____         _____
9                                    UNITED STATES DISTRICT COURT JUDGE

- 3 -    STIPULATION TO CONTINUE CMC